UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VINCENT B. VIDEGAIN,<br><br>                    Petitioner,<br><br>     v.<br><br>PHILLIP VALDEZ, Warden, Idaho Correctional Institution; and the IDAHO ATTORNEY GENERAL,<br><br>                    Respondents. | Case No. 1:10-cv-00104-EJL<br><br>**JUDGMENT** |

   Based on this Court's Memorandum Decision and Order dated March 1, 2010 (Dkt. 20), and the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED:  **March 6, 2012**

~~Honor~~able Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**