UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

VINCENT B. VIDEGAIN,

                Petitioner,

    v.

PHILLIP VALDEZ, Warden, Idaho
Correctional Institution; and the IDAHO
ATTORNEY GENERAL,

                Respondents.

Case No. 1:10-cv-00104-EJL

**JUDGMENT**

      Based on this Court's Memorandum Decision and Order dated March 1, 2010

(Dkt. 20), and the Court's Memorandum Decision and Order filed herewith, IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is

DISMISSED with prejudice.

                                DATED:  **March 6, 2012**

                                Honorable Edward J. Lodge
                                U. S. District Judge

**JUDGMENT - 1**